# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**PATRICK BORDEN**                                                                                       **PLAINTIFF**

**V.**                              **CASE NO. 3:13CV00086 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                      **DEFENDANT**

## JUDGMENT

Plaintiff Patrick G. Borden's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 1st day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE